CADES SCHUTTE
A Limited Liability Law Partnership

PAUL M. SAITO           5596
1000 Bishop Street, Suite 1200
Honolulu, HI  96813-4212
Telephone:  (808) 521-9200
Fax:  (808) 521-9210
Email:  psaito@cades.com

Attorneys for Defendant
KAANAPALI MEDICAL SERVICES,
INC., DOCTORS ON CALL, WAILEA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| ADAM O. MAYS, | CIVIL NO. 1:22-CV-00505-JAO-RT |
|---|---|
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER** |
| vs. | |
| KAANAPALI MEDICAL SERVICES, INC., DOCTORS ON CALL, WAILEA, JOHN AND JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE CORPORATIONS 1-10, OTHER DOE ENTITIES 1-10, | Trial Date: August 12, 2024 |
| | Judge: Honorable Jill A. Otake |
| Defendants. | |

**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER**

IT IS HEREBY STIPULATED by and between Plaintiff ADAM O. MAYS

("*Plaintiff*") and Defendant KAANAPALI MEDICAL SERVICES, INC.,

DOCTORS ON CALL, WAILEA, by and through their respective counsel that all claims asserted in this litigation as set forth in Plaintiff's Complaint filed December 5, 2022 in the United States District Court for the District of Hawai'i as CIVIL NO. 1:22-CV-00505-JAO-RT are hereby dismissed with prejudice. No claims, counterclaims, cross-claims, or third-party claims remain. Each party agrees to bear their own attorneys' fees and costs.

This stipulation for dismissal is made pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and Rule 41.1 of the Local Rules of Practice for the United States District Court for the District of Hawai'i and has been signed by all counsel for all Plaintiffs and Defendants.

DATED: Honolulu, Hawaii, January 8, 2024.

CADES SCHUTTE
A Limited Liability Law Partnership

*/s/ Paul M. Saito*
PAUL M. SAITO
Attorneys for Defendant
KAANAPALI MEDICAL SERVICES, INC., DBA DOCTORS ON CALL, WAILEA

*/s/ Shawn A. Luiz*
SHAWN A. LUIZ
Attorney for Plaintiff
ADAM O. MAYS

2

APPROVED AS TO FORM.

DATED: January 22, 2024, Honolulu, Hawaiʻi.



Jill A. Otake
United States District Judge

---

ADAM O. MAYS v. KAANAPALI MEDICAL SERVICES, INC., DOCTORS ON CALL, WAILEA, Civil No. 1:22-CV-00505-JAO-RT, <u>STIPULATION FOR DISMISSAL WITH PREJUDICE and ORDER</u>